**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Willie James DOUGLAS, Jr., Defendant–Appellant.**

**No. 15–12294 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Dec. 1, 2015.

Michelle Thresher Taylor, Arthur Lee Bentley, III, U.S. Attorney's office, Tampa, FL, Shawn P. Napier, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Willie J. Douglas, Jr., FCI Jesup–Inmate Legal Mail, Jesup, GA, pro se.

Rosemary Cakmis, Donna Lee Elm, Conrad Benjamin Kahn, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before WILSON, JORDAN and ROSENBAUM, Circuit Judges.

PER CURIAM:

Conrad Kahn, appointed counsel for Willie James Douglas, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent review of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of Douglas's 18 U.S.C. § 3582(c)(2) motion is **AFFIRMED.**